**Opinion issued March 5, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00185-CV

———————————

## IN RE THE WOODLANDS LAND DEVELOPMENT COMPANY, L.P., THE HOWARD HUGHES CORPORATION, LJA ENGINEERING, INC. F/K/A LJA ENGINEERING & SURVEYING, INC., AND JAMES R. BOWLES, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, The Woodlands Land Development Company, L.P., The Howard Hughes Corporation, LJA Engineering, Inc. f/k/a LJA Engineering & Surveying, Inc., and James R. Bowles, have filed a petition for a writ of mandamus

challenging the trial court's January 31, 2020 order denying their motion to strike the first amended petition filed by real parties in interest.[1]

We deny the petition. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Hightower, and Countiss.

---

[1] The underlying case is *Jason Alexander, et al. v. The Woodlands Land Development Company, L.P., The Howard Hughes Corporation, LJA Engineering, Inc. f/k/a LJA Engineering & Surveying, Inc., and James R. Bowles*, cause number 2018-36108, pending in the 215th District Court of Harris County, Texas, the Honorable Elaine H. Palmer presiding.